IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TIMOTHY BROWN                                                                                       PLAINTIFF

VS.                                                                           CIVIL ACTION NO. 5:04CV79DCB-JCS

DOLAN WALLER, ET AL.                                                                           DEFENDANTS

## JUDGMENT

In accordance with the memorandum opinion and order entered this day, it is hereby

ORDERED AND ADJUDGED that plaintiff's claims are dismissed without prejudice.

SO ORDERED, this the _24th___ day of March, 2006.


__s/ James C.  Sumner_____
UNITED STATES MAGISTRATE JUDGE